East Baton Rouge Parish Clerk of Court

DEVORA KNIGHT on Behalf of her Minor Children
LAMOND ROBINSON, MONTRELL ROBINSON,
ANDREW CAPLING, and TALER MATLOCK

**SEC. 26**

NO. _639002_

19TH JUDICIAL DISTRIST COURT

VERSUS

EAST BATON ROUGE PARISH

NISSAN NORTH AMERICA INCORPORATED,
ABC INSURANCE COMPANY
GRACO CHILDREN'S PRODUCT INCORPORATED
XYZ INSURANCE COMPANY

COST OK $1052.00

STATE OF LOUISIANA

MAY 1 2 2015 #1053

mc

FILED:_____

DEPUTY CLERK    DEPUTY CLERK OF COURT

## PETITION FOR DAMAGES

The following named party is petitioner herein, to-wit:

DEVORA KNIGHT (HEREINAFTER KNIGHT) a person of full age and majority and

domiciled in EAST BATON ROUGE, Louisiana; as Natural Tutrix of LAMOND ROBINSON

and  MONTRELL ROBINSON and as Legal Guardian of ANDREW CAPLING, and TALER

MATLOCK.

REC'D C.P.

I.

MAY 1 3 2015

The following named parties are made defendants herein, to-wit:

(a)    NISSAN NORTH AMERICA INCORPORATED, (HEREINAFTER NISSAN) a

foreign corporation authorized to do and doing business in the State of Louisiana in its

capacity as MANUFACTURER; who can be served with process through its Agent for

service of process Louisiana Secretary of State, 8585 Archives, Baton Rouge,

Louisiana 70809; pursuant to La. R. S. 13: 3474 et. seq.;

(b)    ABC INSURANCE COMPANY, a foreign insurance company authorized to do

and doing business in the State of Louisiana in its capacity as insurer for NISSAN

NA INCORPORATED, who can be served with process through its Agent for

service of process CSC OF ST. TAMMANY PARISH, INC., 4600 HIGHWAY 22,

SUITE 9, MANDEVILLE, LA 70471;

(c)    GRACO CHILDREN'S PRODUCT INCORPORATED (HEREINAFTER

GRACO) a foreign corporation authorized to do and doing business in the State of

Louisiana in its capacity as MANUFACTURER; who can be served with process

through its Agent for service of process Louisiana Secretary of State, 8585

Archives, Baton Rouge, Louisiana 70809; pursuant to La. R. S. 13: 3474 et. seq.;

FAX COPY FILED 5/8/15
ORIGINAL FILED 5/12/15

EXHIBIT

"A"

tabbies

(d)    XYZ INSURANCE COMPANY, a foreign insurance company authorized to do and doing business in the State of Louisiana in its capacity as insurer for GRACO, who can be served with process through its Agent for service of process Louisiana Secretary of State, 8585 Archives, Baton Rouge ,Louisiana 70809; pursuant to La. R. S. 13: 3474 et. seq.; and

II.

The above named defendants are jointly, severally, and solidarily liable to petitioner as a result if the following:

III.

This action arises out of an incident occurring in Baton Rouge, Louisiana, East Baton Rouge Parish, on or about May 10, 2014.

IV.

Petitioner, Devora Knight was operating her 2007 Infiniti Q56 on Interstate -10 near the intersection of LA 3246, when due to in climate weather conditions, Petitioner's vehicle left the roadway and hit a utility pole. Petitioner's minor children, LAMOND ROBINSON, MONTRELL ROBINSON, ANDREW CAPLING, and TALER MATLOCK were guest passengers in the vehicle. During the single care collision all of the children were injured and transported to Our Lady of the Lake Hospital with varying degrees of injuries caused by the crash.

V.

Petitioner, KNIGHT alleges that her 2007 Infiniti Q56 side impact reinforcement/brace did not respond properly to the crash and failed to restrain minor children and prevent them from being thrown about in the interior of the vehicle and causing injuries to them. Petitioner KNIGHT also allege that the floor structure of her vehicle buckled causing her minor son, LAMOND ROBISON to be violently thrown about the vehicle. Petitioner, KNIGHT alleges her 2007 Infiniti Q56's failure to properly withstand the impact caused severe injuries to her minor children individually and collectively.

VI.

As a result of the above accident, petitioner, KNIGHT'S minor children, suffered and continues to suffer multiple personal, psychological and emotional injuries of a past, present and continuing nature.

VII.

Petitioner, KNIGHT's minor children, have undergone medical treatment since the accident and will undergo further medical treatment. Petitioner's minor children were and are still limited from their normal activities.

VIII.

The sole and proximate cause of the injuries and damages sustained by petitioner's minor children, was the joint, concurrent, successive, solidary, and/or several negligence of the defendant(s) NISSAN and GRACO CHILDREN'S PRODUCT INCORPORATED, and/or the negligence of its/their agents and employees, for whom it is/they are vicariously liable, which negligence consisted of the following acts and/or omissions, to-wit:

a) failure to discover the defect, dangerous condition of the vehicle and/or car seat;

b) failure to properly design vehicle and/or car seat;

c) defective manufacturing vehicle and/or car seat;

d) use of improper and/or defective materials in the manufacture vehicle and/or car seat;

e) failure to warn purchasers of the defects in the vehicle and/or car seat ;

f) failure to properly warn users/purchasers of how to safely use the vehicle and/or car seat;

g) failure to properly manufacture vehicle and/or car seat with materials strong enough to perform the function for which vehicle and/or car seat was sold and designed;

h) failure to properly inspect the vehicle and/or car seat for defects;

i) failure to properly test the vehicle and/or car seat to determine whether the vehicle and/or car seat was/were adequate and safe in construction and/or design;

j) distributing a vehicle and/or car seat, when the manufacturer knew or should have known of the defective condition;

k) retailing the vehicle and/or car seat when the manufacturer knew or should have known of the defective condition;

l) failure to warn the buyers of the defect/dangerous condition in the vehicle and/or car seat; and

m) other negligence which may be proven at trial of this matter.

IX.

Petitioner, KNIGHT, itemizes her minor children's damages individually and collectively to which they are entitled as a result of the accident and injury proximately caused by the above

described negligence of defendant(s) NISSAN and GRACO, as follows, to-wit:

a)  Past physical pain, suffering and discomfort

b)  Past mental anguish, aggravation and annoyance

c)  Disability

d)  Future physical pain, suffering and discomfort

e)  Future mental anguish, aggravation and annoyance

f)  Past medical expenses

g)  Future medical expenses

h)  Attorney fees

i)  Loss of enjoyment of life

j)  Loss of use/function of parts of body

k)  Bodily disability

l)  Impairment of psychological functioning

m)  Disability from engaging in recreation

X.

Petitioner strictly reserves the right to amend and supplement this petition as necessary concerning damages.

XI.

On the date of the accident, ABC INSURANCE COMPANY had issued and in effect a policy of liability insurance in favor of defendant, NISSAN, insuring against the risk of accidents such as the one complained of.  As liability insurer of said defendant, said insurer is jointly, severally and solidarily liable and responsible for the negligence and damages set forth above.

XII.

On the date of the accident, XYZ INSURANCE COMPANY had issued and in effect a policy of liability insurance in favor of defendant, GRACO, insuring against the risk of accidents such as the one complained of.  As liability insurer of said defendant, said insurer is jointly, severally and solidarily liable and responsible for the negligence and damages set forth above.

XIII.

NISSAN and GRACO, are jointly, severally, solidarily and vicariously liable and responsible to petitioners for the acts and/or omissions of negligence and damages cause by its

employees, during the course and scope of said employee(s)' employment.

### XIV.

The defendants, NISSAN and ABC INSURANCE COMPANY are jointly, severally, solidarily and vicariously liable and responsible to petitioner for the negligence and damages set forth above.

### XV.

The defendants, GRACO and XYZ INSURANCE COMPANY are jointly, severally, solidarily and vicariously liable and responsible to petitioner for the negligence and damages set forth above.

### XVI.

Petitioners further specifically pleads the doctrine of res ipsa loquitur in that the accident and injuries and damages would not have occurred in absence of the negligence of and/or the NISSAN and GRACO defect in the design and/or manufacture of the vehicle and/or car seat.

### XVII.

Petitioners reasonably and in good faith alleges the claims herein exceed the amount requisite for a jury trial.

WHEREFORE, petitioner prays that defendants NISSAN NORTH AMERICA INCORPORATED, GRACO CHILDREN'S PRODUCT INCORPORATED, ABC INSURANCE COMPANY and XYZ INSURANCE COMPANY be cited and served and that after due proceedings are had there be judgment in favor of petitioners DEVORA KNIGHT on behalf of her minor children, LAMOND ROBINSON, MONTRELL ROBINSON, ANDREW CAPLING, and TALER MATLOCK, and against the above-named defendants, jointly, severally, solidarily and vicariously for such sums as are reasonable in the premises together with legal interest thereon from date of judicial demand until paid and for all costs of these proceedings.

AND FOR ALL GENERAL EQUITABLE RELIEF.

AND THAT ALL EXPERT WITNESS FEES BE TAXED AS COSTS OF COURT.

Respectfully submitted,

LORI D. BROWN (27190)
Attorney for Petitioners
2924 BRAKLEY DRIVE-STE A1-2
BATON ROUGE, LA 70816
TELEPHONE 225-292-6994
FAX 225-291-6919

**PLEASE SERVE:**

NISSAN NA INCORPORATED
Through its agent for service of process
CSC OF ST. TAMMANY PARISH, INC.
4600 HIGHWAY 22, SUITE 9
MANDEVILLE, LA 70471

GRACO CHILDREN'S PRODUCT INC.
Through its agent for service of process
Louisiana Secretary of State
8585 Archives
Baton Rouge, Louisiana 70809



FILED
EAST BATON ROUGE PARISH, LA
2015 MAY 12  PH 2:23
DEPUTY CLERK OF COURT

East Baton Rouge Parish Clerk of Court

*RETURN* 3719

Page 1 of 2

2302-15-003676

## CITATION
### (Defendant)

**DEVORA KNIGHT** ON BEHALF OF HER **MINOR CHILDREN, LAMOND ROBINSON, MONTRELL ROBINSON, ANDREW CAPLING, AND TALER MATLOCK** (Plaintiff)

vs.

**NISSAN NORTH AMERICA INCORPORATED, ET AL**

NUMBER **C639202 SECTION 26**

**19th JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

TO:    **NISSAN NORTH AMERICA INCORPORATED THROUGH ITS AGENT FOR SERVICE OF PROCESS CSC OF ST. TAMMANY PARISH, INC. 4600 HIGHWAY 22 SUITE 9 MANDEVILLE, LA 70471**

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.

You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish on 21-MAY-2015.

FILED
EAST BATON ROUGE PARISH, LA
2015 JUN 12   AM 50
DEPUTY CLERK OF COURT

*Arkisha Jarvis Payton*
_Deputy Clerk of Court for_
Doug Welborn, Clerk of Court

Requesting Attorney: **LORI D BROWN**

*The following documents are attached:
**PETITION, REQUSET FOR NOTICE**

---

### SERVICE INFORMATION:

Received on the _____ day of _____, 20 ____ and on the _____ day of _____, 20 ____, served on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving same at his domicile in this parish in the hands of _____ a person of suitable age and discretion residing in the said domicile at

(17)639202 - 1.00 -- C/P

Served PERS on
NISSAN NORTH AMERICA INCORPORATED THRU
AGENT CSC O at
4600 Highway 22, MANDEVILLE
Service Date & Time: 5/28/2015  9:14:00AM
on secretary(Kelly)

3719 - DHEMING, JUAN, St. Tammany Parish

INT: 

_____ unable to find the within named _____  or

his _____ day of _____

_____
: Deputy Sheriff

(OOP) - 2302

RECEIVED
STP-SO - CIVIL
RODNEY J. STRAIN JR.
SHERIFF
MAY 26  PM 1:31



EBR2957595



**POSTED**

JUN 15 2015

**Rodney J. Strain, Jr.**
Sheriff St. Tammany PARISH

| EAST BATON ROUGE CLERK OF COURT | **DISTRICT COURT** |
|---|---|
| P O BOX 1991 | FOR THE PARISH OF ST. TAMMANY |
| BATON ROUGE, LA 70821 | 6/1/2015 |

---

Case: (17) 639202        DEVORA KNIGHT ON BEHALF OF HER MINOR CHILDREN, LAMOND ROBINSON, MONTRELL ROBINSON, ANDREW CAPLING, AND TALER MATLOCK vs NISSAN NORTH

| Nbr | Date | Service Type | Charges |
|---|---|---|---|
| 1 | 05/27/2015 | Citation & Petition | $20.00 |

NISSAN NORTH AMERICA INCORPORATED THRU AGENT CSC OF ST TAMMANY

**Date of Disposition:** 05/28/2015 **Disposition Type:** PERS ON SECRETARY(KELLY)

C/P

| 1 | 05/29/2015 | Mileage Charge | $10.20 |

**Date of Disposition:  Disposition Type:**

|  |  | Case Total: | $30.20 |
|---|---|---|---|

---

|  | **Total:** | **$30.20** |
|---|---|---|

| Please make check payable to: | TO BE RETURNED WITH PAYMENT |
|---|---|
| Rodney J. Strain, Jr., Sheriff | |
| 701 N. Columbia St. | |
| Covington, LA 70433 | |

East Baton Rouge Parish Clerk of Court

Page 1 of 2



# LORI D. BROWN

### ATTORNEY AT LAW

2924 BRAKLEY DRIVE, SUITE A-2
BATON ROUGE, LOUISIANA 70816

POSTED
JUN 11 2015

TELEPHONE:    (225) 292-6994
FACSIMILE:    (225) 291-6919

DIRECT DIAL:  (504) 715-6006
LBROWN1512@YAHOO.COM

JUNE 4, 2015
**VIA FACSIMILE U. S. MAIL**

COST OK $ _____ ✓

JUN 1 0 2015

DEPUTY CLERK OF COURT

EAST BATON ROUGE PARISH CLERK OF COURT
PO BOX 1991
BATON ROUGE, LA 70827

RE:   DEVORA KNIGHT, OBO VS. NISSAN NORTH AMERICA INCORPORATED, ET AL
      SUIT NO.: 639202   SEC: 26

Dear Clerk of Court,

Per our discussion today, June 4, 2015, please reissue service to the address
below as it pertains to the above referenced matter.

Corporation Service Company
320 Somerulos Street
Baton Rouge, LA 70802-6129

Should you have any questions or concerns, please feel free to contact our office.

With professional regards, I remain

Sincerely

Angel Celestin
Administrative Assistant for
Attorney Lori D. Brown   REC'D C.P.

JUN 1 1 2015

EBR3004208

No. 5072   P. 2        Page 2 of 2



# LORI D. BROWN
## ATTORNEY AT LAW
2924 BRAKLEY DRIVE, SUITE A-2
BATON ROUGE, LOUISIANA 70816

TELEPHONE:   (225) 292-6994
FACSIMILE:   (225) 291-6919

DIRECT DIAL: (504) 715-6006
LBROWN1512@YAHOO.COM

JUNE 22, 2015
VIA FACSIMILE 225-389-3935

EAST BATON ROUGE PARISH CLERK OF COURT
PO BOX 1991
BATON ROUGE, LA 70827

RE:   DEVORA KNIGHT, OBO VS. NISSAN NORTH AMERICA INCORPORATED, ET AL
SUIT NO.: 639202   SEC: 26

Dear Clerk of Court,

Per our discussion today, June 22, 2015, please reissue service on ███████ to the address below as it pertains to the above referenced matter.

Corporation Service Company
320 Somerulos Street
Baton Rouge, LA 70802-6129

Should you have any questions or concerns, please feel free to contact our office.

With professional regards, I remain

Sincerely

Angel Celestin
Administrative Assistant for
Attorney Lori D. Brown

East Baton Rouge Parish Clerk of Court

Page 1 of 1

2424-15-003962

# CITATION
### (Defendant)

DEVORA KNIGHT ON BEHALF OF HER MINOR
CHILDREN LAMOND ROBINSON,
MONTRELL ROBINSON, ANDREW
CAPLING, AND TALER MATLOCK
(Plaintiff)

vs.

NISSAN NORTH AMERICA
INCORPORATED, ET AL

NUMBER  C639202 SECTION 26

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:    GRACO CHILDREBS PRODUCT INCORPORATED
THROUGH THEIR AGENT FOR SERVICE OF PROCESS:
SECRETARY OF STATE

GREETINGS:

Attached to this citation is a certified copy of the petition*.  The petition tells you what you are being
sued for.

You must EITHER do what the petition asks OR, within fifteen (15) days after you have received
these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at
300 North Boulevard, Baton Rouge, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen
(15) days, a judgment may be rendered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish on 21-MAY-2015.

*Arkisha Jarvis Payton*
Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: LORI D BROWN

Also attached are the following documents:
PETITION,REQUEST FOR NOTICE

MAY 28 2015

SERVICE INFORMATION

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____, served
on the above named party as follows:

SECRETARY OF STATE:  By tendering same to the within named _____

DUE AND DILIGENT:  After diligent search and inquiry, was unable to find the within named _____ or
his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this _____ day of _____, 20____.

SERVICE:        $_____
MILEAGE        $_____
TOTAL:           $_____

Deputy Sheriff
Parish of East Baton Rouge

CITATION - 2424

FILED
JUN 0 1 2015
DEPUTY CLERK OF COURT

EBR2957599

East Baton Rouge Parish Clerk of Court                                                                 Page 1 of 1

2424-15-003962

# CITATION
### (Defendant)

**DEVORA KNIGHT** ON BEHALF OF HER **MINOR CHILDREN LAMOND ROBINSON, MONTRELL ROBINSON, ANDREW CAPLING, AND TALER MATLOCK**
(Plaintiff)

vs.

**NISSAN NORTH AMERICA INCORPORATED, ET AL**

**NUMBER** C639202 **SECTION 26**

**19th JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

TO:    **GRACO CHILDREBS PRODUCT INCORPORATED THROUGH THEIR AGENT FOR SERVICE OF PROCESS: SECRETARY OF STATE**

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.

You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish on **21-MAY-2015**.

*Arlesha Jervis Payton*
─────────────────────
*Deputy Clerk of Court for*
Doug Welborn, Clerk of Court

Requesting Attorney: **LORI D BROWN**

Also attached are the following documents:
PETITION,REQUEST FOR NOTICE

---

**SERVICE INFORMATION:**

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE:      $_____
MILEAGE      $_____            _____
TOTAL:        $_____                   Deputy Sheriff.
                                            Parish of East Baton Rouge

·CITATION – 2424



EBR2957599

East Baton Rouge Parish Clerk of Court

2302-15-003676

# CITATION
### (Defendant)

**DEVORA KNIGHT** ON BEHALF OF HER **MINOR CHILDREN, LAMOND ROBINSON, MONTRELL ROBINSON, ANDREW CAPLING, AND TALER MATLOCK**
(Plaintiff)

**vs.**

**NISSAN NORTH AMERICA INCORPORATED, ET AL**

**NUMBER  C639202 SECTION 26**

**19th JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

**TO:   NISSAN NORTH AMERICA INCORPORATED**
**THROUGH ITS AGENT FOR SERVICE OF PROCESS**
**CSC OF ST. TAMMANY PARISH, INC.**
**4600 HIGHWAY 22 SUITE 9**
**MANDEVILLE, LA 70471**

GREETINGS:

   Attached to this citation is a certified copy of the petition*.  The petition tells you what you are being sued for.

   You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana.  If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.

   This citation was issued by the Clerk of Court for East Baton Rouge Parish on **21-MAY-2015.**



*Arkisha Jarvis Payton*
_____
*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: LORI D BROWN**

*The following documents are attached:
**PETITION, REQUSET FOR NOTICE**

## SERVICE INFORMATION:

Received on the _____ day of _____, 20_____ and on the _____ day of _____, 20_____, served on the above named party as follows:
PERSONAL SERVICE:  On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**DUE AND DILIGENT:**  After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of _____, this _____ day of _____, 20_____.

SERVICE:      $_____
MILEAGE      $_____                    _____
TOTAL:         $_____                          Deputy Sheriff

CITATION (OOP) - 2302



EBR2957595

East Baton Rouge Parish Clerk of Court

# DOUG WELBORN, CLERK OF COURT
## 19th Judicial District Court
## Parish of East Baton Rouge
## 300 North Boulevard
## Baton Rouge, LA 70801
## Phone (225)389-3960

NO.   C639202 SECTION 26                 21-MAY-2015

TO:   ST TAMMANY PARISH SHERIFFS OFFICE
      PO BOX 1120
      COVINGTON, LA 70434

Please find attached **(1)** **CITATION** to be served in your parish for the above numbered suit.

Kindly make your return(s) on the duplicate(s) enclosed, and

ڤ   note the enclosed check for payment of service;

**X**   **send us your bill for service;**

ڤ   note that this is a pauper suit and no funds are available; or

ڤ   note that this is a government suit and no funds are necessary.

Thank You,



*Arkisha Jarvis Payton*
*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

Requesting Attorney: LORI D BROWN

_____

REPLY:                          DATE:_____

_____

_____

_____

_____

_____

By:_____

Deputy Sheriff, Parish of _____

Letter to Out Of Parish Sheriff - 5213



EBR2354600

DEVORA KNIGHT on Behalf of her Minor Children     NO. _____ DIV. _____
LAMOND ROBINSON, MONTRELL ROBINSON,
ANDREW CAPLING, and TALER MATLOCK     19TH JUDICIAL DISTRIST COURT

VERSUS     EAST BATON ROUGE PARISH

NISSAN NORTH AMERICA INCORPORATED,
ABC INSURANCE COMPANY
GRACO CHILDREN'S PRODUCT INCORPORATED
XYZ INSURANCE COMPANY     STATE OF LOUISIANA

FILED:_____     _____
                         DEPUTY CLERK

### REQUEST FOR NOTICE

Pursuant to Article 1572 of the Louisiana Code of Civil Procedure, we hereby request
written notice of the date set for trial of the above-numbered and entitled cause, or of the date set
for trial of any pleading or motions therein, at least ten (10) days before any trial date.

We also request notice of signing of any final judgment or of the rendition of any
interlocutory order or judgment in said cause as provided by Articles 1913 and 1914 of the
Louisiana Code of Civil Procedure.

Respectfully submitted,



_____
LORI D. BROWN (27190)
Attorney for Petitioners
2924 BRAKLEY DRIVE-STE A1-2
BATON ROUGE, LA 70816
TELEPHONE 225-292-6994
FAX 225-291-6919



## \*\* Transmit Conf.Report \*\*

P.1
EBR CLERK OF COURT    Fax 2253893392

May 11 2015 02:57pm

| Fax/Phone Number | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 92916919 | Normal | 11:02:56pm | 1'11" | 1 | O K | |



# DOUG WELBORN

### CLERK OF COURT

### PARISH OF EAST BATON ROUGE

Suit Accounting Department
P.O. Box 1991
Baton Rouge, LA 70821-1991
Telephone: (225) 389-3962
Fax: (225) 389-3392
www.ebrclerkofcourt.org

### FAX RECEIPT

FROM:   SUIT ACCOUNTING DEPARTMENT

FAX NUMBER:  (225) 389-3392

TO:  LORI BROWN

DEVORA KNIGHT                    vs   NISSAN NORTH AMERICA

DATE:   May 8, 2015

SUIT NO.:  639202

SECTION:   26

Item(s) Received:  PETITION FOR DAMAGES

Total Amount Due (includes all applicable fees below) $ 652.00

The Clerk of Court's Office has received, by facsimile transmission dated   5-8-15                  , document(s) in the above
referenced case. In accordance with R.S. 13:850(B), within seven days, exclusive of legal holidays, the party filing the document
shall forward to the clerk, the original signed document, applicable filing fees and a transmission fee. The fax transmission fee is
also required of forma pauperis filings and filings by state/political subdivisions.

Applicable fees are established in accordance with law as follows:
13:850(B)(3)      A transmission fee of five dollars
13:841(A)(2)(a)   First page of each pleading, six dollars
13:841(A)(2)(b)   Each subsequent page, four dollars,
13:841(A)(2)(c)   Paper-exhibits, attachments, transcripts and depositions-per page, two dollars
13:841(A)(4)(b)   Issuing document without notice of service, fifteen dollars (Receipt generation fee)

**NO FURTHER ACTION WILL BE TAKEN REGARDING THIS DOCUMENT
UNTIL ALL FEES ARE RECEIVED IN THIS OFFICE.**

**SERVICE/SUBPOENA REQUESTS WILL NOT BE ISSUED FROM FAX FILING.
SERVICE WILL BE ISSUED AS A RESULT OF THE FILING OF THE ORIGINAL DOCUMENT(S).**

**IF MAILING ORIGINAL DOCUMENTS, PLEASE ATTACH THIS RECEIPT TO THE DOCUMENT(S) TO BE FILED.
IF FILING THE ORIGINAL DOCUMENTS IN PERSON, PLEASE NOTIFY THE FILING CLERK OF THE PREVIOUS FAX FILING.**

*Deputy Clerk of Court for
Doug Welborn, Clerk of Court*
JOHN SWEARINGEN
*(Type Name)*


EBR2930490

East Baton Rouge Parish Clerk of Court



# DOUG WELBORN
## CLERK OF COURT

### PARISH OF EAST BATON ROUGE

Suit Accounting Department
P. O. Box 1991
Baton Rouge, LA 70821-1991
Telephone: (225) 389-3982
Fax: (225)389-3392
www.ebrclerkofcourt.org

## FAX RECEIPT

**FROM:** **SUIT ACCOUNTING DEPARTMENT**        **DATE:** **May 8, 2015**

**FAX NUMBER:** **(225) 389-3392**        **SUIT NO.:** **639202**

**TO:** **LORI BROWN**        **SECTION:** **26**

**DEVORA KNIGHT**        vs    **NISSAN NORTH AMERICA**

Item(s) Received: PETITION FOR DAMAGES

Total Amount Due (includes all applicable fees below) $  652.00

The Clerk of Court's Office has received, by facsimile transmission dated   5-8-15        , document(s) in the above referenced case. In accordance with R.S. 13;850(B), within seven days, exclusive of legal holidays, the party filing the document shall forward to the clerk, the original signed document, applicable filing fees and a transmission fee. The fax transmission fee is also required of forma pauperis filings and filings by state/political subdivisions.

Applicable fees are established in accordance with law as follows:
13:850(B)(3)     A transmission fee of five dollars
13:841(A)(2)(a)  First page of each pleading, six dollars
13:841(A)(2)(b)  Each subsequent page, four dollars
13:841(A)(2)(c)  Paper-exhibits, attachments, transcripts and depositions-per page, two dollars
13:841(A)(4)(b)  Issuing document without notice of service, fifteen dollars (Receipt generation fee)

### NO FURTHER ACTION WILL BE TAKEN REGARDING THIS DOCUMENT UNTIL ALL FEES ARE RECEIVED IN THIS OFFICE.

### SERVICE/SUBPOENA REQUESTS WILL NOT BE ISSUED FROM FAX FILING.
### SERVICE WILL BE ISSUED AS A RESULT OF THE FILING OF THE ORIGINAL DOCUMENT(S).

### IF MAILING ORIGINAL DOCUMENT(S), PLEASE ATTACH THIS RECEIPT TO THE DOCUMENT(S) TO BE FILED.
### IF FILING THE ORIGINAL DOCUMENTS IN PERSON, PLEASE NOTIFY THE FILING CLERK OF THE PREVIOUS FAX FILING.

*Deputy Clerk of Court for*
*Doug Welborn, Clerk of Court*

JOHN SWEARINGEN
*(Type Name)*

Suit Accounting Dept. Form #6
Rev. 08/26/14

## ** Transmit Conf. Report **

P.1                                                    May 11 2015 12:52pm
EBR CLERK OF COURT      Fax 2253893392

| Fax/Phone Number | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 92926919 | Normal | 11:12:51pm | 0'00" | 0 | D.0.7 | |
| ↑ No response. | | Check condition of remote fax. | | | | |

291-6919



### DOUG WELBORN
### CLERK OF COURT

#### PARISH OF EAST BATON ROUGE

Suit Accounting Department
P.O. Box 1991
Baton Rouge, LA 70821-1991
Telephone (225) 389-3982
Fax (225)389-3392
www.ebrclerkofcourt.org

**FAX RECEIPT**

FROM:   SUIT ACCOUNTING DEPARTMENT                  DATE:   May 8, 2015

FAX NUMBER:   (225) 389-3392                         SUIT NO.:   639202

TO:   LORI BROWN                                     SECTION:   26

DEVORA KNIGHT                              vs   NISSAN NORTH AMERICA

Item(s) Received:   PETITION FOR DAMAGES

Total Amount Due (Includes all applicable fees below) $ 652.00

The Clerk of Court's Office has received, by facsimile transmission dated   5-8-15   , document(s) in the above
referenced case. In accordance with R.S. 13:850(B), within seven days, exclusive of legal holidays, the party filing the document
shall forward to the clerk, the original signed document, applicable filing fees and a transmission fee. The fax transmission fee is
also required of forma pauperis filings and filings by state/political subdivisions.

Applicable fees are established in accordance with law as follows:
13:850(B)(3)     A transmission fee of five dollars
13:841(A)(2)(a)  First page of each pleading, six dollars
13:841(A)(2)(b)  Each subsequent page, four dollars
13:841(A)(2)(c)  Paper-exhibits, attachments, transcripts and depositions-per page, two dollars
13:841(A)(4)(b)  Issuing document without notice of service, fifteen dollars (Receipt generation fee)

**NO FURTHER ACTION WILL BE TAKEN REGARDING THIS DOCUMENT
UNTIL ALL FEES ARE RECEIVED IN THIS OFFICE.**

**SERVICE/SUBPOENA REQUESTS WILL NOT BE ISSUED FROM FAX FILING.**
**SERVICE WILL BE ISSUED AS A RESULT OF THE FILING OF THE ORIGINAL DOCUMENT(S).**

**IF MAILING ORIGINAL DOCUMENT(S), PLEASE ATTACH THIS RECEIPT TO THE DOCUMENT(S) TO BE FILED.**
**IF FILING THE ORIGINAL DOCUMENTS IN PERSON, PLEASE NOTIFY THE FILING CLERK OF THE PREVIOUS FAX FILING.**

*Deputy Clerk of Court for*
*Doug Welborn, Clerk of Court*
JOHN SWEARINGEN
*(Type Name)*

Suit Accounting Dept. Form 86
Rev.06/26/14

# LORI D. BROWN
## ATTORNEY AT LAW L.L.C.

2924 BRAKLEY SUITE A1-2                                    BATON ROUGE, LOUISIANA 70816
P.O. BOX 77065                                            BATON ROUGE, LOUISIANA 70879
TELEPHONE: (225)-292-6994                                          FAX: (225) 292-6919

lbrown1512@YAHOO.COM

## FAX COVER SHEET

| TO: | CLERK OF COURT EAST BATON ROUGE PARISH | FROM: | Lori D. Brown Attorney at Law |
|---|---|---|---|
| FAX: | 225-389-3392 | FAX: | 225-291-6919 |
| PHONE: | 225-389-3960 | PHONE: | 225-292-6994 |
| SUBJECT: | NEW SUIT PETITION FOR DAMAGES DEVORA KNIGHT et al V. NISSAN NA et al | DATE: | May 8, 2015 |

Please FAX FILE the attached NEW SUIT-PETITION FOR DAMAGESand provide invoice for cost.  If there are any questions please contact my office.
Thank you.

Sincerely,

*Lori D. Brown*

Lori D. Brown
Attorney at Law

CONFIDENTIALITY NOTICE: THIS ENTIRE FACSIMILE TRANSMISSION MAY CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER OR ADDRESSEE, WHICH IS GOVERNED BY THE LOUISIANA PRIVACY STATUTES. THE INFORMATION IS INTENDED FOR THE ADDRESSEE NAMED ABOVE. IF YOU ARE NOT THE NAMED ADDRESSEE, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION, OR TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS TRANSMISSION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY US IMMEDIATELY IN ORDER TO ARRANGE FOR THE RETURN OF THE DOCUMENTS.

DEVOR'A KNIGHT on Behalf of her Minor Children      NO. _____   DIV. _____
LAMOND ROBINSON, MONTRELL ROBINSON,
ANDREW CAPLING, and TALER MATLOCK            19TH JUDICIAL DISTRIST COURT

VERSUS

NISSAN NORTH AMERICA INCORPORATED,           EAST BATON ROUGE PARISH
ABC INSURANCE COMPANY
GRACO CHILDREN'S PRODUCT INCORPORATED
XYZ INSURANCE COMPANY                        STATE OF LOUISIANA

FILED: _____       _____
                                              DEPUTY CLERK

## PETITION FOR DAMAGES

The following named party is petitioner herein, to-wit:

DEVORA KNIGHT (HEREINAFTER KNIGHT) a person of full age and majority and
domiciled in EAST BATON ROUGE, Louisiana; as Natural Tutrix of LAMOND ROBINSON
and MONTRELL ROBINSON and as Legal Guardian of ANDREW CAPLING, and TALER
MATLOCK.

I.

The following named parties are made defendants herein, to-wit:

(a)    NISSAN NORTH AMERICA INCORPORATED, (HEREINAFTER NISSAN) a
       foreign corporation authorized to do and doing business in the State of Louisiana in its
       capacity as MANUFACTURER; who can be served with process through its Agent for
       service of process Louisiana Secretary of State, 8585 Archives, Baton Rouge,
       Louisiana 70809; pursuant to La. R. S. 13: 3474 et. seq.;

(b)    ABC INSURANCE COMPANY, a foreign insurance company authorized to do
       and doing business in the State of Louisiana in its capacity as insurer for NISSAN
       NA INCORPORATED, who can be served with process through its Agent for
       service of process CSC OF ST. TAMMANY PARISH, INC., 4600 HIGHWAY 22,
       SUITE 9, MANDEVILLE, LA 70471;

(c)    GRACO CHILDREN'S PRODUCT INCORPORATED (HEREINAFTER
       GRACO) a foreign corporation authorized to do and doing business in the State of
       Louisiana in its capacity as MANUFACTURER; who can be served with process
       through its Agent for service of process Louisiana Secretary of State, 8585
       Archives, Baton Rouge, Louisiana 70809; pursuant to La. R. S. 13: 3474 et. seq.;

(d)    XYZ INSURANCE COMPANY, a foreign insurance company authorized to do and doing business in the State of Louisiana in its capacity as insurer for GRACO, who can be served with process through its Agent for service of process Louisiana Secretary of State, 8585 Archives, Baton Rouge ,Louisiana 70809; pursuant to La. R. S. 13: 3474 et. seq.; and

II.

The above named defendants are jointly, severally, and solidarily liable to petitioner as a result if the following:

III.

This action arises out of an incident occurring in Baton Rouge, Louisiana, East Baton Rouge Parish, on or about May 10, 2014.

IV.

Petitioner, Devora Knight was operating her 2007 Infiniti Q56 on Interstate -10 near the intersection of LA 3246, when due to in climate weather conditions, Petitioner's vehicle left the roadway and hit a utility pole.   Petitioner's minor children, LAMOND ROBINSON, MONTRELL ROBINSON, ANDREW CAPLING, and TALER MATLOCK were guest passengers in the vehicle. During the single care collision all of the children were injured and transported to Our Lady of the Lake Hospital with varying degrees of injuries caused by the crash.

V.

Petitioner, KNIGHT alleges that her 2007 Infiniti Q56 side impact reinforcement/brace did not respond properly to the crash and failed to restrain minor children and prevent them from being thrown about in the interior of the vehicle and causing injuries to them. Petitioner KNIGHT also allege that the floor structure of her vehicle buckled causing her minor son, LAMOND ROBISON to be violently thrown about the vehicle. Petitioner, KNIGHT alleges her 2007 Infiniti Q56's failure to properly withstand the impact caused severe injuries to her minor children individually and collectively.

VI.

As a result of the above accident, petitioner, KNIGHT'S minor children, suffered and continues to suffer multiple personal, psychological and emotional injuries of a past, present and continuing nature.

## VII.

Petitioner, KNIGHT's minor children, have undergone medical treatment since the accident and will undergo further medical treatment.  Petitioner's minor children were and are still limited from their normal activities.

## VIII.

The sole and proximate cause of the injuries and damages sustained by petitioner's minor children, was the joint, concurrent, successive, solidary, and/or several negligence of the defendant(s) NISSAN and GRACO CHILDREN'S PRODUCT INCORPORATED, and/or the negligence of its/their agents and employees, for whom it is/they are vicariously liable, which negligence consisted of the following acts and/or omissions, to-wit:

a)    failure to discover the defect, dangerous condition of the vehicle and/or car seat;

b)    failure to properly design vehicle and/or car seat;

c)    defective manufacturing vehicle and/or car seat;

d)    use of improper and/or defective materials in the manufacture vehicle and/or car seat;

e)    failure to warn purchasers of the defects in the vehicle and/or car seat ;

f)    failure to properly warn users/purchasers of how to safely use the vehicle and/or car seat;

g)    failure to properly manufacture vehicle and/or car seat with materials strong enough to perform the function for which vehicle and/or car seat was sold and designed;

h)    failure to properly inspect the vehicle and/or car seat for defects;

i)    failure to properly test the vehicle and/or car seat to determine whether the   vehicle and/or car seat was/were adequate and safe in construction and/or design;

j)    distributing a vehicle and/or car seat, when the manufacturer knew or should have known of the defective condition;

k)    retailing  the vehicle and/or car seat when the manufacturer knew or should have known of the defective condition;

l)    failure to warn the buyers of the defect/dangerous condition in the vehicle and/or car seat; and

m)    other negligence which may be proven at trial of this matter.

## IX.

Petitioner, KNIGHT, itemizes her minor children's damages individually and collectively to which they are entitled as a result of the accident and injury proximately caused by the above

described negligence of defendant(s) NISSAN and GRACO, as follows, to-wit:

a)   Past physical pain, suffering and discomfort

b)   Past mental anguish, aggravation and annoyance

c)   Disability

d)   Future physical pain, suffering and discomfort

e)   Future mental anguish, aggravation and annoyance

f)   Past medical expenses

g)   Future medical expenses

h)   Attorney fees

i)   Loss of enjoyment of life

j)   Loss of use/function of parts of body

k)   Bodily disability

l)   Impairment of psychological functioning

m)   Disability from engaging in recreation

**X.**

Petitioner strictly reserves the right to amend and supplement this petition as necessary concerning damages.

**XI.**

On the date of the accident, ABC INSURANCE COMPANY had issued and in effect a policy of liability insurance in favor of defendant, NISSAN, insuring against the risk of accidents such as the one complained of.  As liability insurer of said defendant, said insurer is jointly, severally and solidarily liable and responsible for the negligence and damages set forth above.

**XII.**

On the date of the accident, XYZ INSURANCE COMPANY had issued and in effect a policy of liability insurance in favor of defendant, GRACO, insuring against the risk of accidents such as the one complained of.  As liability insurer of said defendant, said insurer is jointly, severally and solidarily liable and responsible for the negligence and damages set forth above.

**XIII.**

NISSAN and GRACO, are jointly, severally, solidarily and vicariously liable and responsible to petitioners for the acts and/or omissions of negligence and damages cause by its

employees, during the course and scope of said employee(s)' employment.

### XIV.

The defendants, NISSAN and ABC INSURANCE COMPANY are jointly, severally, solidarily and vicariously liable and responsible to petitioner for the negligence and damages set forth above.

### XV.

The defendants, GRACO and XYZ INSURANCE COMPANY are jointly, severally, solidarily and vicariously liable and responsible to petitioner for the negligence and damages set forth above.

### XVI.

Petitioners further specifically pleads the doctrine of res ipsa loquitur in that the accident and injuries and damages would not have occurred in absence of the negligence of and/or the NISSAN and GRACO defect in the design and/or manufacture of the vehicle and/or car seat.

### XVII.

Petitioners reasonably and in good faith alleges the claims herein exceed the amount requisite for a jury trial.

WHEREFORE, petitioner prays that defendants NISSAN NORTH AMERICA INCORPORATED, GRACO CHILDREN'S PRODUCT INCORPORATED, ABC INSURANCE COMPANY and XYZ INSURANCE COMPANY be cited and served and that after due proceedings are had there be judgment in favor of petitioners DEVORA KNIGHT on behalf of her minor children, LAMOND ROBINSON, MONTRELL ROBINSON, ANDREW CAPLING, and TALER MATLOCK, and against the above-named defendants, jointly, severally, solidarily and vicariously for such sums as are reasonable in the premises together with legal interest thereon from date of judicial demand until paid and for all costs of these proceedings.

AND FOR ALL GENERAL EQUITABLE RELIEF.

AND THAT ALL EXPERT WITNESS FEES BE TAXED AS COSTS OF COURT.

Respectfully submitted,

LORI D. BROWN (27190)
Attorney for Petitioners
2924 BRAKLEY DRIVE-STE A1-2
BATON ROUGE, LA 70816
TELEPHONE 225-292-6994
FAX 225-291-6919

**PLEASE SERVE:**

NISSAN NA INCORPORATED
Through its agent for service of process
CSC OF ST. TAMMANY PARISH, INC.
4600 HIGHWAY 22, SUITE 9
MANDEVILLE, LA 70471

GRACO CHILDREN'S PRODUCT INC.
Through its agent for service of process
Louisiana Secretary of State
8585 Archives
Baton Rouge, Louisiana 70809

FILED
EAST BATON ROUGE PARISH, LA
2015 MAY -8 PM 4: 04
DEPUTY CLERK OF COURT

DEVORA KNIGHT on Behalf of her Minor Children
LAMOND ROBINSON, MONTRELL ROBINSON,
ANDREW CAPLING, and TALER MATLOCK

NO. _____    DIV. _____

19TH JUDICIAL DISTRIST COURT

VERSUS

EAST BATON ROUGE PARISH

NISSAN NORTH AMERICA INCORPORATED,
ABC INSURANCE COMPANY
GRACO CHILDREN'S PRODUCT INCORPORATED
XYZ INSURANCE COMPANY

STATE OF LOUISIANA

FILED: _____        _____
                                          DEPUTY CLERK

## REQUEST FOR NOTICE

Pursuant to Article 1572 of the Louisiana Code of Civil Procedure, we hereby request written notice of the date set for trial of the above-numbered and entitled cause, or of the date set for trial of any pleading or motions therein, at least ten (10) days before any trial date.

We also request notice of signing of any final judgment or of the rendition of any interlocutory order or judgment in said cause as provided by Articles 1913 and 1914 of the Louisiana Code of Civil Procedure.

Respectfully submitted,

_____
LORI D. BROWN (27190)
Attorney for Petitioners
2924 BRAKLEY DRIVE-STE A1-2
BATON ROUGE, LA 70816
TELEPHONE 225-292-6994
FAX 225-291-6919

FILED
EAST BATON ROUGE PARISH, LA
2015 MAY -8  PM 4:04
DEPUTY CLERK OF COURT

Page 7 of 7